UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, *as trustee*, and TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND AND MASSACHUSETTS SERVICE EMPLOYEES PENSION FUND,

        Plaintiffs,

-against-

CLIFFHANGERS, INC.,

        Defendant.

**ORDER**

23-cv-591 (ER)

The initial case management and scheduling conference currently scheduled for August 1, 2023 at 11:30 AM is hereby rescheduled to August 1, 2023 at 12 PM.

    SO ORDERED.

Dated:   July 28, 2023
           New York, New York

                                              Edgardo Ramos, U.S.D.J.