# JacksonLewis

**MEMO ENDORSED**

DAVID M. PIXLEY
ATTORNEY AT LAW

Jackson Lewis P.C.
Park Center Plaza I
6100 Oak Tree Boulevard, Suite 400
Cleveland OH 44131
(216) 750-0404 Direct
(216) 750-0826 Fax

jacksonlewis.com

DIRECT DIAL: (216) 750-4344
EMAIL ADDRESS: DAVID.PIXLEY@JACKSONLEWIS.COM

January 30, 2024

**VIA ECF**
Honorable Edgardo Ramos
United States District Judge
United States District Court
Thurgood Marshall U.S. Courthouse
Southern District of New York
Courtroom 619, 40 Foley Square
New York, NY 10007

The application is __X__ granted
_____ denied

/s/ Edgardo Ramos
Edgardo Ramos, U.S.D.J
Dated: January 30, 2024
New York, New York

Re: *Manny Pastreich, As Trustee and the Trustees of the Building Service 32BJ Health Fund and Massachusetts Service Employees' Pension Fund v. Cliffhangers, Inc.*
Case No. 1:23-cv-00591(ER)

Dear Judge Ramos:

This firm represents Defendant Cliffhangers, Inc. in the above-captioned matter. We write jointly with Plaintiffs' counsel to notify the court that the parties have reached a settlement in this case.

In light of the recent settlement and the forthcoming notice of dismissal, the parties respectfully request that the case management conference scheduled for January 31, 2024 be cancelled.

Thank you for your attention to this request.

Respectfully submitted,

/s/ David M. Pixley
David M. Pixley (0083453)
(216) 750-4344
David.Pixley@jacksonlewis.com
**Jackson Lewis P.C.**
*Attorney for Defendant Cliffhangers, Inc.*

Enclosure
cc: All parties (via ECF)

4891-3065-9745, v. 1